BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KYUNG YONG KIM, <br><br> Defendant. | CASE NO. 2:08-CR-00534 JAM <br><br> **ORDER DISMISSING INDICTMENT** |

For the reason set forth in the motion to dismiss filed by the United States, the charges against defendant **KYUNG YONG KIM** in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: September 10, 2013

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

1